IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| FERNANDO MEZA, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 02-0221-S-LMB |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STATE OF IDAHO, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

In an Order dated January 26, 2005, this Court vacated the stay in this habeas case and allowed Petitioner 10 days to amend his Petition by naming his current warden as the proper respondent. (Docket No. 24.) In that same Order, the Court allowed Petitioner 30 days to file a brief addressing whether cause and prejudice, or a miscarriage of justice, excused the procedural default of his habeas claims. Both of these deadlines have since passed, and Petitioner has neither responded nor requested an extension of time in which to respond. However, because the Court's previous Order was docketed under new electronic filing procedures, and the docket does not reflect that a copy of the Order was mailed to Petitioner at his last known address, the Court will give Petitioner an additional 14 days from the date of this Order to comply with the above directives.

**ORDER - 1**

NOW THEREFORE IT IS HEREBY ORDERED that within 14 days of the date of this Order, Petitioner shall file an Notice of Substitution of Respondent, naming the warden of the institution in which he is incarcerated as the proper respondent in this matter, in lieu of the State of Idaho. Petitioner shall also file within 14 days of the date of this Order a brief addressing whether any procedural default in this matter should be excused based upon a showing of cause and prejudice, or a miscarriage of justice. Petitioner's failure to respond to this Order will result in dismissal of this case.

IT IS FURTHER ORDERED that the Clerk of Court shall certify by an entry on the docket that a copy of this Order has been mailed to Petitioner at his last known address.



DATED: **May 10, 2005**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

**ORDER - 2**